NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CHRISTOPHER JOHNA WALTON,       )
                                )
        Appellant,              )
                                )
v.                              )          Case No. 2D20-1687
                                )
STATE OF FLORIDA,               )
                                )
        Appellee.               )
_____    )

Opinion filed September 25, 2020.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico,
Judge.

Christopher Johna Walton, pro se.


PER CURIAM.


            Affirmed.


NORTHCUTT, LaROSE, and LUCAS, JJ., Concur.